AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Merry Ann Stewart,

v.                                    Civil Action No.     1:16-00324-JMC

Geriatric Practitioner Solutions, Inc. and Jerry A. Nettles, Jr.,
*Defendants*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☛ the plaintiff, Merry Ann Stewart, recover from the defendants, Geriatric Practitioner Solutions, Inc., and Jerry A. Nettles, Jr., a sum of Thirty Thousand, Seven Hundred Fifty-Seven Dollars and 68//100 ($30,757.68) Dollars. Post Judgment interest shall run at a rate of .83%.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

❏ other:

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

☛ decided by the Honorable J. Michelle Childs, United States District Judge presiding. The court having granted the plaintiff's motion for default judgment.

Date:   February 10, 2017                    *CLERK OF COURT*

                                             s/Angie Snipes
                                             _____
                                             *Signature of Clerk or Deputy Clerk*